# EXHIBIT  A

**CONTENT LICENSE AGREEMENT**

**Information Table**

| | | |
|---|---|---|
| **1. "Licensor"** | Full legal name: | Evox Productions, LLC |
| | Postal address for legal notices: | 2363 Pacifica Place, Rancho Dominguez, CA 90220 USA |
| | Email address for legal notices: | contracts@evox.com |
| **2. "Google"** | Full legal name: | Google LLC |
| | Postal address for legal notices: | 1600 Amphitheatre Parkway Mountain View, California 94043 USA |
| | Email address for legal notices: | legal-notices@google.com |
| **3. "Effective Date"** | The date Google signs this Agreement. | |
| **4. "Initial Term"** | 29 months starting on the Effective Date. | |
| **5. "Extension Term"** | This Agreement does not automatically extend past the Initial Term. | |
| **6. "Agreement Term"** | The "Agreement Term" will be the Initial Term and all Extension Terms (if any) unless terminated earlier in accordance with the Agreement. | |
| **7. "License Term"** | Except as otherwise expressly specified on Attachment A, the "License Term" will be the same as the Agreement Term, but when the Agreement Term ends, Google and its Users may continue to:<br><br>(a) use Licensed Content in Google products or services for a 120-day wind down period; and<br><br>(b) use Licensed Content that was incorporated into fixed media in accordance with this Agreement during the Agreement Term, solely as incorporated in the fixed media, for as long as that fixed media exists, subject to Section 2.1 (Grant) and Section 2.2 (Restrictions). Examples of "fixed media" include screenshots of Google products or services in print or video, DVDs, and other media that it would not be reasonably practical to recall. | |
| **8. "Initial Delivery"** | Unless otherwise specified on Attachment A, Licensor will provide Google with an "Initial Delivery" of all the content listed in Attachment A within 7 days of the Effective Date. | |
| **9. Updates** | Licensor will provide Updates automatically during the Agreement Term every week. | |
| **10. Fees**<br><br>*Invoicing and payment terms are stated in Attachment B.* | Initial Fee | Initial fee of USD $1,750,000 starting on the Effective Date, to be paid in accordance with the timetable on Attachment B. |
| | Update Fees | Update Fees are included in the Initial Fee (i.e. no separate fees apply to any Updates). |
| | Fee Cap | The total amounts paid and payable by Google under this Agreement for Licensed Content will not exceed a cap of USD $1,750,000. Licensor will not provide Updates once the cap is reached. |

**Terms**



This content license agreement consists of the Information Table, these terms, and any attachments (together the "**Agreement**").

**1        Definitions**

1.1      In this Agreement:

(a)     "**Confidential Information**" means information that one party (or an affiliate) discloses to the other party under this Agreement, and that is marked as confidential or would normally be considered confidential information under the circumstances. It does not include information that is independently developed by the recipient, is rightfully given to the recipient by a third party without confidentiality obligations, or becomes public through no fault of the recipient.

(b)     "**including**" means "including but not limited to."

(c)     "**Licensed Content**" means: (a) all content made available by Licensor to Google under this Agreement using the delivery method in Attachment A; and (b) any Updates.

(d)     "**Update(s)**" means Licensor's updates, refreshes, corrections, or modifications to Licensed Content.

(e)     "**Users**" means users of Google products and services.

(f)     "**Affiliate**" mean any entity that directly or indirectly controls, is controlled by, or is under common control with, a party.

(g)     "**3D-Model Bundle**" means the Licensed Content dataset: a 3D model of a vehicle that includes the Raw 3D Mesh and the associated shaders with lighting reflections, materials, textures, colors, and vehicle components such as tires and sidewalls.

(h)     "**Raw 3D-Mesh**" means a Licensed Content dataset that defines the three-dimensional shape of a vehicle without shaders and lighting reflections.

1.2      All terms in quotation marks in the Information Table are defined terms. Any examples in this Agreement are illustrative and not the sole examples of a particular concept.

**2        License**

2.1      Grant. During the License Term, Licensor grants to Google a non-exclusive, worldwide, sublicensable (under Section 2.2 (Sublicensing)) license to reproduce, create derivative works based on, distribute, publicly display, publicly perform, and otherwise use the Licensed Content in connection with Google products or services, subject to Section 2.2 (Restrictions).

2.2      Restrictions.

(a)     Google will not distribute any Licensed Content (or any portion of Licensed Content) on a standalone basis independent of a Google product or service.

(b)     Google will not use the Licensed Content to promote its products through direct mail marketing.

(c)     Google will not remove Licensor's copyright logos from the Licensed Content.

(d)     Google will not receive fees from automotive OEMs, dealerships or other third parties per vehicle lead or per vehicle sale generated directly through Google's utilization of the Licensed Content.

(e)     Google will not use Licensed Content in a B2B commercial offering that permits Users to repurpose Licensed Content for commercial purposes (for example, Licensed Content will not be offered to AdWords customers as a creative asset),

(f)     Google will use commercially reasonable efforts to prevent unauthorized third-party (including User) access to the Raw 3D-Meshes by employing the following security measures:

(i)     Licensed Content provided through Google's products and services will be governed by Google terms of service;



        (ii)    Google will use non-obvious file naming conventions for the Raw 3D-Meshes; and

        (iii)   Google will obfuscate the URL hosting the Licensed Content; and

        (iv)   Google will not affirmatively or willfully encourage any third party to commercialize or download Licensed Content.

(g)   Google will not publicly display 3D-Model Bundles without lighting.

(h)   Google will not be entitled to receive from Licensor any Raw 3D-Meshes on a standalone basis.

2.3    Sublicensing. Google may sublicense the rights granted in this Agreement to its:

(a)   Affiliates (but only if (i) Google ensures that its Affiliates are subject to the same license grant and obligations as Google, and (ii) Google is liable for its Affiliates' breach of those obligations); and

(b)   Users (solely to the extent necessary to permit them to use Google products and services).

2.4    Retention of Rights. As between the parties:

(a)   Licensor retains all rights in Licensed Content; and

(b)   Subject to subsection (a), Google retains all rights in (i) Google products and services; (ii) Google-created content; and (iii) User-generated content.

2.5    No Other Restrictions. Nothing in this Agreement:

(a)   requires Google to use any Licensed Content in Google products or services;

(b)   restricts Google from using content it obtains elsewhere; or

(c)   restricts Google from exercising any rights it has at law (including under the U.S. Copyright Act).

2.6    Third Party Clearances.  If Licensor includes third-party trademarks in the Licensed Content, when required, Google will procure rights, licenses, and clearances in connection with Google's use of such trademarks.

2.7    Marketing Activities. Google will fulfil its obligations set out on Attachment C (Marketing Activities).

2.8    Fees. No fees or other payments apply to Licensed Content unless stated in the Information Table.

**3    Representations and Warranties**

3.1    By Both Parties. Each party represents and warrants that it has full power and authority to enter into this Agreement.

3.2    By Licensor. Licensor represents and warrants that:

(a)   it has and will retain all necessary rights to grant the licenses in this Agreement and deliver Licensed Content to Google; and

(b)   at time of delivery:

        (i)    Licensed Content will comply with Attachment A (Licensed Content Specifications);

        (ii)   Licensed Content will be of no less quality and coverage than equivalent content that Licensor makes generally available to third parties, except as needed to comply with Google's specifications;

        (iii)  Licensed Content will not contain any third party's personal data; and

(c)   it has used and will continue to use reasonable care and skill in creating or collecting the Licensed Content.



3.3 <u>Disclaimers</u>. **The parties' only representations and warranties under this Agreement are expressly stated in this Section 3 (Representations and Warranties). Subject to Section 5.3 (Unlimited Liabilities), the parties disclaim all other representations and warranties (express or implied), including any warranties of merchantability and fitness for a particular purpose.**

**4      Indemnities**

4.1 <u>Obligations</u>. Licensor will defend and indemnify Google and Google's affiliates, directors, officers, employees, and Users against all liabilities, damages, losses, costs, fees (including legal fees), and expenses relating to any allegation or third-party legal proceeding (including regulatory proceedings) to the extent claiming that use of Licensed Content infringes or violates the third party's intellectual property, publicity, or other rights.

4.2 <u>Exclusions</u>. Section 4.1 (Obligations) will not apply to the extent the underlying allegation arises from (i) Google's breach of this Agreement or from modifications or combinations to Licensed Content that were not provided or authorised by Licensor or (ii) a trademark infringement claim by a third party automotive manufacturer or third party brand owner with respect to its trademarks depicted in the Licensed Content.

**5      Liability**

5.1 <u>Definition</u>. **In this Section 5 (Liability), "Liability" means any liability, whether under contract, tort (including negligence), or otherwise and whether or not foreseeable or contemplated by the parties.**

5.2 <u>Limited Liabilities</u>. **Subject to Section 5.3 (Unlimited Liabilities):**

(a) **neither party will have any Liability arising out of or relating to this Agreement or the Licensed Content for:**

   (i) **lost revenues, profits, savings, or goodwill;**

   (ii) **indirect or consequential losses;**

   (iii) **special or incidental losses; or**

   (iv) **punitive damages; and**

(b) **each party's total aggregate Liability arising out of or relating to this Agreement or the Licensed Content is limited to the greater of:**

   (i) **US$10,000; or**

   (ii) **the Fees (if any) paid and payable by Google to Licensor under this Agreement in the 12 months immediately preceding the date on which the Liability arose.**

5.3 <u>Unlimited Liabilities</u>. **Nothing in this Agreement excludes or limits either party's Liability for:**

(a) **death or personal injury resulting from its negligence or the negligence of its employees, contractors, or agents;**

(b) **fraud or fraudulent misrepresentation;**

(c) **its payment obligations under this Agreement;**

(d) **breach of Section 3.2(b)(iii) (Personal Data)**

(e) **its obligations under Section 4 (Indemnities);**

(f) **breach of Section 6.1 (Confidentiality);**

(g) **matters for which liability cannot be excluded or limited under applicable law; or**

(h) **violation of the other party's intellectual property rights.**

**6      Confidentiality; Publicity**



6.1     Confidentiality. The recipient will not disclose the other party's Confidential Information, except to employees, affiliates, agents, or professional advisors (**"Delegates"**) who need to know it and who have a legal obligation to keep it confidential. The recipient will use the other party's Confidential Information only to exercise rights and fulfil obligations under this Agreement while using reasonable care to protect the Confidential Information. The recipient will ensure that its Delegates are also subject to the same non-disclosure and use obligations. The recipient may also disclose Confidential Information when required by law after giving reasonable notice to the other party, if permitted by law.

6.2     Publicity. Neither party may make any public statement regarding this Agreement without the other's prior written approval.

**7       Term and Termination**

7.1     Agreement Term. This Agreement will start on the Effective Date and continue for the Agreement Term unless terminated earlier under Section 7.2 (Termination).

7.2     Termination. Either party may terminate this Agreement immediately on written notice if the other party:

(a)     is in material breach of this Agreement and fails to cure that breach within 30 days after receiving the other party's written notice identifying the breach; or

(b)     is unable to meet its obligations under this Agreement for more than 30 days due to force majeure.

7.3     Effects of Termination. On expiration or termination of this Agreement for any reason (contractual or otherwise):

(a)     if Licensed Content is delivered using a feed, then at Google's request, Licensor will provide an empty feed to Google to replace the Licensed Content;

(b)     if applicable, Licensor will cease providing Google with Updates;

(c)     if the License Term is longer than the Agreement Term, then the license granted in Section 2.1 (Grant) will survive for the License Term; and

(d)     Sections 3 (Representations and Warranties) through 8 (General) of this Agreement (and any other sections that under their terms or by implication ought to survive) will survive.

**8       General**

8.1     Notices. All notices of termination or breach must be in writing and addressed to the other party's Legal Department. The address for notices to Google's Legal Department is legal-notices@google.com. All other notices must be in writing and addressed to the other party's primary contact. Notice will be treated as given on receipt, as verified by written or automated receipt or by electronic log (as applicable).

8.2     Affiliates, Consultants, and Contractors. Google may use its Affiliates, consultants, and contractors to exercise its rights and fulfill its obligations under this Agreement, but only if those parties are subject to the same obligations as Google. Google is liable for those parties' acts and omissions.

8.3     Assignment. Neither party may assign any part of this Agreement without the written consent of the other, except to an Affiliate where: (a) the assignee has agreed in writing to be bound by the terms of this Agreement; (b) the assigning party remains liable for obligations under the Agreement if the assignee defaults on them; and (c) the assigning party has notified the other party of the assignment. Any other attempt to assign is void.

8.4     Change of Control. If a party experiences a change of control (for example, through a stock purchase or sale, merger, or other form of corporate transaction): (a) that party will give written notice to the other party within 30 days after the change of control; and (b) the other party may immediately terminate this Agreement any time between the change of control and 30 days after it receives that written notice.

8.5     Force Majeure. Neither party will be liable for failure or delay in performance to the extent caused by circumstances beyond its reasonable control.

8.6     No Waiver. Neither party will be treated as having waived any rights by not exercising (or delaying the exercise of) any rights under this Agreement.

8.7     No Agency. This Agreement does not create any agency, partnership, or joint venture between the parties.



8.8     No Third-Party Beneficiaries. This Agreement does not confer any benefits on any third party unless it expressly states that it does.

8.9     Counterparts. The parties may execute this Agreement in counterparts, including facsimile, PDF, and other electronic copies, which taken together will constitute one instrument.

8.10    Amendments. Any amendment must be in writing, signed by both parties, and expressly state that it is amending this Agreement.

8.11    Entire Agreement. This Agreement states all terms agreed between the parties and supersedes all other agreements between the parties relating to its subject matter.

8.12    Severability. If any term (or part of a term) of this Agreement is invalid, illegal or unenforceable, the rest of the Agreement will remain in effect.

8.13    Conflicting Languages. If this Agreement is translated into any other language, and there is a discrepancy between the English text and the translated text, the English text will govern.

8.14    Governing Law. ALL CLAIMS ARISING OUT OF OR RELATING TO THIS AGREEMENT OR ANY RELATED GOOGLE PRODUCTS OR SERVICES WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, AND WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA, USA; THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THOSE COURTS.

Signed by the parties' authorized representatives on the dates below.

**GOOGLE:**                                                          **LICENSOR:**

By:                                                                 By:             David Falstrup (Jan 14, 2020)

Prin        Philipp Schindler                                       Print Name:  David Falstrup
            Authorized Signatory
Title                                    2020.01.14                 Title:       CEO
                                         17:25:03
Date:                                    -08'00'                     Date:        Jan 14, 2020



**Attachment A**

**Licensed Content Specifications**

1. <u>Google Content ID Number.</u>

   N/A

2. <u>Licensed Content Delivery.</u>

Licensor will deliver Licensed Content in accordance with Google's technical specifications and specified delivery method(s), including FTP.

3. <u>Licensed Content Description.</u>

   As of the Effective Date, Licensed Content includes:

   a) **Licensor's 2D Automotive Image Library ("AIL 2D") for model years 2017-2021**. The AIL 2D includes the following sublibraries (where models that are not yet available as of the Effective Date will be delivered to Google promptly as they become available in the Licensor's library):

      AIL 2D: 360° Exterior Spins (incl frame stack)

      AIL 2D: 360° Interior Panoramas (incl frame stack)

      AIL 2D: Full Stills Set (not colorized)

      AIL 2D: 3-Angle Colorized Set

   b) **350 3D Model Bundles** for model years 2020 (250 cars) and 2021 (100 cars). The 3D Model Bundles for model year 2020 will cover the vehicles listed in Appendix 1 which may be updated from time to time as mutually agreed upon by the parties (email to suffice).

      Licensor and Google will mutually agree on the cars to be included in the 2021 3D Model Bundles before July 31, 2020.

      The 3D Model Bundles will be delivered on or before the following deadlines in accordance with the following:

| Delivery deadline | Licensed Content |
|---|---|
| January 15, 2020 | 10 vehicles for model year 2020 |
| January 30, 2020 | 30 vehicles for model year 2020 |
| February 29, 2020 | 30 vehicles for model year 2020 |
| March 31, 2020 | 32 vehicles for model year 2020 |
| April 30, 2020 | 43 vehicles for model year 2020 |
| May 31, 2020 | 40 vehicles for model year 2020 |
| June 30, 2020 | 40 vehicles for model year 2020 |
| July 31, 2020 | 25 vehicles for model year 2020 |
| November 30, 2020 | 25 vehicles for model year 2021 |
| December 31, 2020 | 25 vehicles for model year 2021 |
| January 31, 2021 | 25 vehicles for model year 2021 |
| February 29, 2021 | 25 vehicles for model year 2021 |

   *Licensor reserves the right to include creative three-dimensional shapes in the Raw 3D Mesh that are not readily visible to Users.

4. <u>2D License Term</u>. The "License Term" for the AIL 2D will be 24 months from the Effective Date ("**2D License Term**"), but when the 2D License Term ends, Google and its Users may continue to use the AIL 2D in Google products or services for a 120-day wind down period, and use 2D AIL that was incorporated into fixed media in accordance with this Agreement during the 2D License Term, solely as incorporated in the fixed media, for as long as that fixed media exists, subject to Section 2.1 (Grant) and Section 2.2 (Restrictions). Examples of "fixed



media" include screenshots of Google products or services in print or video, DVDs, and other media that it would not be reasonably practical to recall.



CONFIDENTIAL ~ DMS Template ID: 1250759 (v5.2) ~ pg. 8

**Attachment B**

**Invoicing and Payment Terms**

1.    Invoices.

(a)    Initial or Annual Fee.

(i)    Licensor will invoice Google for any initial fee in accordance with Attachment B, Section 2 (Acceptance and Rejection), and the following timetable:

| Date | Payment Amount |
|---|---|
| Effective Date | $637,500 |
| March 30, 2020 | $118,750 |
| July 20, 2020 | $118,750 |
| January 1, 2021 | $637,500 |
| March 1, 2021 | $237,500 |
|  | Total: $1,750,000 |

(ii)    Licensor will invoice Google for any annual fee on the Effective Date and each anniversary of that date.

(b)    Update Fees. Licensor will invoice Google:

(i)    for any Update fees payable per Update: 60 days after Google accepts the Update under Attachment B, Section 2 (Acceptance and Rejection); and

(ii)    any Update fees payable per quarter: on the Effective Date and every three months after that date.

(c)    Reductions. Where an amount is payable for a fixed period (for example, quarterly or yearly), but Updates are not provided in accordance with the Information Table, then the amount payable will be reduced on a pro-rata basis, so no amount is payable for any part of the period when Updates were not provided in accordance with the Information Table.

2.    Acceptance and Rejection. Without limiting Google's rights and remedies:

(a)    Acceptance. For invoicing purposes, Google will be deemed to have accepted a delivery of Licensed Content 30 days after the date of the delivery (for clarity "delivery" includes making Licensed Content available to Google). Google may provide written notice of rejection to Licensor under Subsection (b) (Rejection) within 30 days from the date of delivery of the Licensed Content.

(b)    Rejection. If Google discovers that Licensor has not complied with the requirements of Section 3 (Representations and Warranties) of the Agreement, Google may within 60 days from the date of delivery reject any affected Licensed Content or require it to be modified (whether or not Licensor has invoiced Google for Licensed Content).

(c)    Modifications. Licensor will complete any modifications required by Google under Subsection (b) (Rejection) within 30 days of Google's initial request. Upon completion of the modifications, Licensor will re-deliver the relevant part of Licensed Content to Google and the acceptance procedure in this Section 2 (Acceptance and Rejection) will apply again.

3.    Taxes. Fees do not include taxes imposed by any governmental agency. Google will pay any applicable transaction taxes under this Agreement, other than Licensor's income taxes. If Google has a legal obligation to withhold any taxes from its payments to Licensor, Google will remit those taxes to the appropriate government authority, and reduce its payment to Licensor by the amount of the taxes withheld. If Licensor is legally obligated to collect applicable taxes, Licensor will invoice Google for the appropriate amount and Google will pay correct and undisputed invoices, unless Google provides Licensor with a valid tax exemption certificate.

4.    Payments. Google will pay Licensor's correct and undisputed invoices within 45 days of receiving them, but Google will not be required to pay invoices received more than 180 days after delivery of the relevant Licensed Content. The party receiving payment will be responsible for bank charges assessed by its bank.

5.    Suspension. Google's obligation to pay fees will be suspended during any period in which Licensor:



CONFIDENTIAL ~ DMS Template ID: 1250759 (v5.2) ~ pg. 9

(a) is in breach of the Agreement; or

(b) is unable to meet its obligations under the Agreement due to force majeure.

6. <u>Refunds</u>. Within 15 days of Google's request, Licensor will refund any amounts paid by Google:

(a) for any Licensed Content that Google rejects under Section 2 (Acceptance and Rejection) of this Attachment B; or

(b) that are applicable to the remainder of the Agreement Term (calculated on a daily pro-rata basis) if the Agreement is terminated.



**Attachment C**

**Marketing Activities**

During the Agreement Term, Google will use good faith efforts to assist Licensor with certain marketing activities related to the 3D Model Bundles, including:

1.  Licensor Clients. Participating in up to four US-based meetings in a calendar year with Licensor and a Licensor client that is approved by Google for this purpose, to provide functional knowledge of how clients can utilize the 3D Model Bundles with Google products and services.

2.  Marketing Materials. Collaborating on marketing materials regarding Google's use of the 3D Model Bundles, subject to execution of an applicable confidentiality agreement governing the use and disclosure of the marketing materials.

3.  Guidance and Feedback. Provision of non-proprietary guidance or feedback regarding formatting requirements for compatibility with certain Google products and services, including SWIRL.

4.  Approved Provider: Inclusion of Licensor on a list of Google approved AR asset provider partners, provided that Google at its sole discretion publishes an appropriate list for this purpose.



**Attachment D**

The below information is provided only to memorialize how the annual fees under this Agreement were calculated:

| Products | List Unit Price | Unit Description | Year 1 | | | | Year 2 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Discounts | Net Unit Price | Unit of products/ services | Net Price | Discounts | Net Unit Price | Unit of products/ services | Net Price |
| AIL 2D 360° Exterior Spins | $ 100,000 | Per vehicle model year and per year of use | 33 3% | $ 66,667 | 3 | $ 200,000 | 50 0% | $ 50,000 | 4 | $ 200,000 |
| AIL 2D 360° Interior Panoramas | $ 100,000 | Per vehicle model year and per year of use | 33 3% | $ 66,667 | 3 | $ 200,000 | 50 0% | $ 50,000 | 4 | $ 200,000 |
| AIL 3D ARGooglespec | $ 6,000 | Per Vehicle (in the first year of delivery) | 66 7% | $ 2,000 | 250 | $ 500,000 | 66 7% | $ 2,000 | 100 | $ 200,000 |
| AIL 3D ARGooglespec | $ 3,000 | Per Vehicle and per year of use (after the first year or delivery) | 66 7% | $ 1,000 | 0 | $ - | 66 7% | $ 1,000 | 250 | $ 250,000 |
| AIL 2D Full Stills Set | $ 250,000 | Per year of use | 100 0% | $ - | 1 | $ - | 0 0% | $ 250,000 | 0 | $ - |
| AIL 2D 3-Angle Colorized Set | $ 250,000 | Per year of use | 100 0% | $ - | 1 | $ - | 0 0% | $ 250,000 | 0 | $ - |
| Subtotal | | | | | | $ 900,000 | | | | $ 850,000 |
| Total Fees under this Agreement | | | | | | | | | | $ 1,750,000 |
| Annual Fees | | | | | | | | | | $ 875,000 |
| Total Value of Licensed Content in Year 1 and Year 2 | | | | | | | | | | $ 4,750,000 |
| Total Discounts offered in Year 1 and Year 2 | | | | | | | | | | $ 3,000,000 |



**Appendix 1**

| MDL Trim number | VID > Year | VID > Make | VID > Model | VID > Trim Name | MDL Completed | VID > Body Type | Draft Status | Trim/Body Variant? (V = "variant") | Include? | Evox Feedback | Delivery Tranche | Potential Trim Maps |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL_40975 | 2020 | Acura | MDX | th Technology Package | | SUV | Evox Proposed | | Accept | | | |
| MDL_40936 | 2020 | Acura | RDX | th Advanced Package | x | CUV | Evox Proposed | | Accept | | 1/31/20 | |
| MDL_39912 | 2020 | Acura | TLX | 3.5t with Technology | x | Sedan | Evox Proposed | | Accept | | 1/31/20 | |
| MDL_40309 | 2020 | Audi | R8 | V10 Performance | | Coupe | Evox Proposed | V1 | Accept | | 2/15/20 | |
| MDL_41150 | 2020 | Audi | R8 Spyder | V10 | | Convertible | Evox Proposed | V2 | Accept | | 2/15/20 | |
| MDL_41416 | 2020 | Audi | Q3 | Premium Plus S line | | CUV | Evox Proposed | | Accept | | | |
| MDL_40935 | 2020 | BMW | 3-series | 330i | | Sedan | Evox Proposed | | Accept | | | |
| MDL_40244 | 2020 | BMW | 4-series | 440i | | Coupe | Evox Proposed | V1 | Accept | | | |
| MDL_39915 | 2020 | BMW | 4-series | M4 | | Coupe | Evox Proposed | | Accept | | | |
| MDL_41080 | 2020 | BMW | 5-series | M550i xDrive | | Sedan | Evox Proposed | | Accept | | | |
| MDL_40281 | 2020 | BMW | 8-series | M8 | | Convertible | Evox Proposed | V1 | Accept | | | |
| MDL_40945 | 2020 | BMW | 8-series | M850i xDrive | x | Coupe | Evox Proposed | V2 | Accept | | | |
| MDL_40608 | 2020 | BMW | M2 | Competition | | Coupe | Evox Proposed | | Accept | | | |
| MDL_40891 | 2020 | BMW | M5 | Competition | | Sedan | Evox Proposed | | Accept | | | |
| MDL_41072 | 2020 | BMW | X4 | xDrive30i | | CUV | Evox Proposed | | Accept | | 1/31/20 | |
| MDL_41253 | 2020 | BMW | X5 | xDrive40i | | SUV | Evox Proposed | | Accept | | | |
| MDL_41254 | 2020 | BMW | X7 | xDrive40i | x | SUV | Evox Proposed | | Accept | | | |
| MDL_41350 | 2020 | BMW | 5-series | 530e | | Sedan | Evox Proposed | | Accept | | | |
| MDL_40275 | 2020 | BMW | 7-series | 740i | | Sedan | Evox Proposed | | Accept | | | |
| MDL_41108 | 2020 | BMW | X3 | xDrive30i | | CUV | Evox Proposed | V1 | Accept | | | |
| MDL_40933 | 2020 | Buick | Enclave | Essence | x | CUV | Evox Proposed | | Accept | | 1/31/20 | |
| MDL_41117 | 2020 | Buick | Encore | Essence | x | CUV | Evox Proposed | | Accept | | 1/15/20 | |
| MDL_41015 | 2020 | Cadillac | Escalade | Luxury | | SUV | Evox Proposed | V1 | Accept | | 1/15/20 | |
| MDL_40716 | 2020 | Cadillac | XT4 | Sport | | CUV | Evox Proposed | | Accept | | | |
| MDL_41077 | 2020 | Cadillac | XT5 | Premium Luxury | | CUV | Evox Proposed | | Accept | | | |
| MDL_40127 | 2020 | Cadillac | XT6 | Premium Luxury | | SUV | Evox Proposed | | Accept | | | |
| MDL_41297 | 2020 | Chevrolet | Blazer | RS | x | CUV | Evox Proposed | | Accept | | 1/31/20 | |
| MDL_41089 | 2020 | Chevrolet | Camaro | 1LT | x | Coupe | Evox Proposed | V1 | Accept | | 1/15/20 | Potential Trim Maps: We are build the 1LT with the popular RS package with can also be found in the 2LT, 1SS and 2SS trims. Suggestions: Build the ZL1 for coverage and variance. 1 Additonal trim. |
| MDL_41090 | 2020 | Chevrolet | Camaro | 1LT | x | Convertible | Evox Proposed | V2 | Accept | | | |
| MDL_40986 | 2020 | Chevrolet | Colorado | WT | | Pickup Crew Cab Standa | Evox Proposed | V1 | Accept | | | |
| MDL_40987 | 2020 | Chevrolet | Colorado | WT | | Pickup Double Cab Stand | Evox Proposed | V2 | Accept | | 1/15/20 | |
| MDL_40955 | 2020 | Chevrolet | Corvette | Stingray | | Coupe | Evox Proposed | | Accept | | 1/15/20 | |



| Model | Year | Make | Model | Trim | | Body | Status | Version | Decision | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL_40757 | 2020 | Chevrolet | Equinox | Premier | x | CUV | Evox Proposed | | Accept | | Potential Trim Maps: Premier is the top of the line trim. Shares several similarities, but several differences.. Suggestion: Build LS for coverage and variance. 1 Additional. |
| MDL_41256 | 2020 | Chevrolet | Impala | Premier | | Sedan | Evox Proposed | | Accept | 1/15/20 | |
| MDL_40949 | 2020 | Chevrolet | Malibu | LS | x | Sedan | Evox Proposed | | Accept | | |
| MDL_41035 | 2020 | Chevrolet | Silverado 1500 | RST | | Pickup Crew Cab Standa | Evox Proposed | | Accept | | |
| MDL_40448 | 2020 | Chevrolet | Spark | LS Auto | x | Hatchback | Evox Proposed | | Accept | | |
| MDL_40961 | 2020 | Chevrolet | Suburban | LT | | SUV | Evox Proposed | | Accept | 1/15/20 | |
| MDL_40908 | 2020 | Chevrolet | Tahoe | Premier | | SUV | Evox Proposed | | Accept | | Potential Trim Maps: Premier is the top of the line trim. No additional trim maps. Suggestion: Build LS for coverage and variance. 1 Additional. |
| MDL_41017 | 2020 | Chevrolet | Traverse | Premier | | CUV | Evox Proposed | | Accept | | Potential Trim Maps: RS and High Country are very similar on the exterior. Wheels finish change. Suggestion: Build LS for coverage and variance. 1 Additional. |
| MDL_40910 | 2020 | Chevrolet | Trax | LT | | CUV | Evox Proposed | | Accept | | |
| MDL_40969 | 2020 | Chevrolet | Silverado 2500HD | LTZ | | Pickup Crew Cab Standa | Evox Proposed | | Accept | | |
| MDL_41257 | 2020 | Chrysler | Pacifica | Limited | | Mini-Van | Evox Proposed | | Accept | | |
| MDL_41094 | 2020 | Dodge | Durango | SXT | | SUV | Evox Proposed | | Accept | | |
| MDL_40489 | 2020 | Ford | EcoSport | SE | | CUV | Evox Proposed | | Accept | 1/15/20 | |
| MDL_40998 | 2020 | Ford | Fusion | SE | x | Sedan | Evox Proposed | V1 | Accept | | |
| MDL_41151 | 2020 | Ford | Fusion Plug-In | Titanium | x | Sedan | Evox Proposed | V3 | Accept | | |
| MDL_41050 | 2020 | Ford | Mustang | GT Premium | | Coupe | Evox Proposed | V1 | Accept | 1/15/20 | Potential Trim Maps: GT Fastback and Premium Fastback. Suggestion: Build Bullit for variance and coverage. 1 Additional. |
| MDL_41037 | 2020 | Ford | Mustang | GT Premium | | Convertible | Evox Proposed | V2 | Accept | | |
| MDL_41410 | 2020 | Ford | Edge | SEL | | CUV | Evox Proposed | | Accept | | |


Legal Dept. AJN Google

| Model | Year | Make | Model | Trim | | Body | Status | Version | Decision | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL_41326 | 2020 | Ford | Escape | Titanium | | CUV | Evox Proposed | | Accept | | Potential Trim Maps: Titanium is the top of the line trim. It does not map to any others; although, the only major difference between the other trims are wheels and headlights. Suggestion: Build the S trim for variance and coverage. 1 Additional, |
| MDL_39793 | 2020 | Ford | Explorer | ST | | SUV | Evox Proposed | | Accept | 1/15/20 | Potential Trim Maps: The ST does not map to any other trims. There are similarities, but there are several changes. Suggestion: Build the XLT and Platinum trims to have some variance. 2 Additional. |
| MDL_41419 | 2020 | Ford | F-150 | XL | | Pickup Single Cab Standa | Evox Proposed | V2 | Accept | | |
| MDL_41247 | 2020 | Ford | F-150 | XLT | | Pickup Crew Cab Standa | Evox Proposed | V3 | Accept | | Potential Trim Maps: The Lariat is very similar. Suggestions: Build a a King Ranch to give you the most variance. We already added the Raptor below. 1 Additional trims. |
| MDL_38091 | 2020 | GMC | Acadia | AT4 | | CUV | Evox Proposed | | Accept | | |
| MDL_41045 | 2020 | GMC | Canyon | SLE | | Pickup Double Cab Stand | Evox Proposed | | Accept | | |
| MDL_41261 | 2020 | GMC | Sierra | Sierra 1500 SLE | | Pickup Double Cab Stand | Evox Proposed | V1 | Accept | | |
| MDL_40788 | 2020 | GMC | Terrain | Denali | | CUV | Evox Proposed | | Accept | | |
| MDL_40990 | 2020 | GMC | Yukon | Denali | | SUV | Evox Proposed | V1 | Accept | | |
| MDL_41264 | 2020 | Honda | Accord | Sport | | Sedan | Evox Proposed | V1 | Accept | | Potential Trim Maps: Shares several components with LX and EX. Suggestion: Build the Touring for variance and coverage. 1 Additional. |
| MDL_41265 | 2020 | Honda | Accord Hybrid | Touring | | Sedan | Evox Proposed | V2 | Accept | | |
| MDL_41337 | 2020 | Honda | Civic | Si | | Coupe | Evox Proposed | V1 | Accept | | |
| MDL_40963 | 2020 | Honda | Insight | Touring | x | Sedan | Evox Proposed | | Accept | | |
| MDL_41039 | 2020 | Honda | Odyssey | Elite | x | Mini-Van | Evox Proposed | | Accept | | |


Legal Dept
AJN
Google

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL_41006 | 2020 | Honda | Pilot | Touring | x | SUV | Evox Proposed | | Accept | | Potential Trim Maps: Shares several components with the Elite trim. Suggestion: Build the LX for variance and coverage. 1 Additional. |
| MDL_41251 | 2020 | Honda | Civic | Si | | Sedan | Evox Proposed | V2 | Accept | | |
| MDL_41175 | 2020 | Honda | Civic Hatchback | EX | | Hatchback | Evox Proposed | V3 | Accept | | |
| MDL_41421 | 2020 | Honda | HR-V | LX | | CUV | Evox Proposed | | Accept | | |
| MDL_41009 | 2020 | Hyundai | Kona | SEL | | CUV | Evox Proposed | | Accept | | |
| MDL_40906 | 2020 | Hyundai | Santa Fe | SE | x | CUV | Evox Proposed | | Accept | | |
| MDL_41267 | 2020 | Hyundai | Tucson | Sport | x | CUV | Evox Proposed | | Accept | | |
| MDL_40913 | 2020 | Hyundai | Veloster | Turbo | | Hatchback | Evox Proposed | | Accept | 1/15/20 | |
| MDL_40260 | 2020 | Hyundai | Elantra | Value Edition | | Sedan | Evox Proposed | V1 | Accept | | |
| MDL_38057 | 2020 | Hyundai | Palisade | SEL | | SUV | Evox Proposed | | Accept | 1/15/20 | |
| MDL_41339 | 2020 | Infiniti | Q50 | 3.0t Luxe | | Sedan | Evox Proposed | | Accept | | |
| MDL_40317 | 2020 | Infiniti | QX60 | Luxe | | CUV | Evox Proposed | | Accept | 1/15/20 | |
| MDL_41360 | 2020 | Infiniti | QX50 | Autograph | | CUV | Evox Proposed | | Accept | | |
| MDL_40952 | 2020 | Jaguar | F-Pace | 25t Prestige | | SUV | Evox Proposed | | Accept | | |
| MDL_39826 | 2020 | Jaguar | F-Type | P300 | x | Coupe | Evox Proposed | V1 | Accept | 1/31/20 | |
| MDL_41425 | 2020 | Jaguar | E-Pace | SE | | SUV | Evox Proposed | | Accept | 1/31/20 | |
| MDL_40740 | 2020 | Jaguar | I-Pace | EV400 SE | | CUV | Evox Proposed | | Accept | | |
| MDL_41095 | 2020 | Jeep | Cherokee | Trailhawk Elite | x | SUV | Evox Proposed | | Accept | | |
| MDL_41270 | 2020 | Jeep | Compass | Sport | | CUV | Evox Proposed | | Accept | | Potential Maps: 0. Base Model Suggestion: Build the Latitude and Trailhawk trim to maximize your coverage and variance. 2 Additional |
| MDL_39901 | 2020 | Jeep | Gladiator | Rubicon | | Pickup | Evox Proposed | | Accept | 1/15/20 | Potential Maps: Shares several major components with other trims, but there are several visual changes. Suggestion: Build the Sport trim to maximize your coverage and variance. 1 Additional |
| MDL_41271 | 2020 | Jeep | Renegade | Latitude | | CUV | Evox Proposed | | Accept | | |



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL_41031 | 2020 | Jeep | Wrangler | Rubicon | x | SUV | Evox Proposed | V1 | Accept | | 1/15/20 | Potential Maps: Shares several major components with other trims, but there are several visual changes. Suggestion: Build the Sahara and Willys trim to maximize your coverage and variance. 2 Additional |
| MDL_41030 | 2020 | Jeep | Wrangler | Sport | | SUV | Evox Proposed | V2 | Accept | | 1/15/20 | |
| MDL_39882 | 2020 | Kia | Forte | GT-Line | | Sedan | Evox Proposed | | Accept | | | |
| MDL_40922 | 2020 | Kia | Optima | S | x | Sedan | Evox Proposed | | Accept | | | |
| MDL_41066 | 2020 | Kia | Rio | 5 | x | Sedan | Evox Proposed | | Accept | Different body-style and Map from the Sedan; therefore our suggestions it that it should be kept on the list | | |
| MDL_41279 | 2020 | Kia | Sedona | LX | x | Mini-Van | Evox Proposed | | Accept | Not sure why this is in question, but our suggestion is that it should be kept on the list. | | |
| MDL_37618 | 2020 | Kia | Soul | GT-Line Turbo | x | CUV | Evox Proposed | | Accept | | | |
| MDL_37810 | 2020 | Kia | Sportage | SX Turbo | | CUV | Evox Proposed | | Accept | | | |
| MDL_37467 | 2020 | Kia | Telluride | EX | x | SUV | Evox Proposed | | Accept | | 1/15/20 | Potential Trim Maps: Similar to the EX with a few changes. Suggestion: Build the LX to give you the most variance and additional coverage. 1 Additional. |
| MDL_41064 | 2020 | Kia | Sorento | EX V6 AWD | | CUV | Evox Proposed | | Accept | | | |
| MDL_41210 | 2020 | Land Rover | Discovery | HSE | | SUV | Evox Proposed | | Accept | | | |
| MDL_41212 | 2020 | Land Rover | Range Rover | P525 HSE | x | SUV | Evox Proposed | | Accept | | | |
| MDL_41342 | 2020 | Land Rover | Range Rover Sport | HSE | | SUV | Evox Proposed | | Accept | | 1/31/20 | |
| MDL_41211 | 2020 | Land Rover | Range Rover Velar | R-Dynamic S | | SUV | Evox Proposed | | Accept | | | |
| MDL_41345 | 2020 | Land Rover | Discovery Sport | S | | SUV | Evox Proposed | | Accept | | | |
| MDL_40294 | 2020 | Land Rover | Range Rover Evoque | R-Dynamic SE | | SUV | Evox Proposed | | Accept | | | |
| MDL_41232 | 2020 | Lexus | ES Hybrid | ES 300h | | Sedan | Evox Proposed | | Accept | Hybrid models are considered different models by most data sets; therefore, our suggestion is that this vehicle should be kept on the list. | | |
| MDL_41275 | 2020 | Lexus | IS | IS 350 F Sport | | Sedan | Evox Proposed | | Accept | | 1/31/20 | |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MDL_40937 | 2020 | Lexus | LC | LC 500 | | Coupe | Evox Proposed | V1 | Accept | |
| MDL_41276 | 2020 | Lexus | LS | LS 500 | | Sedan | Evox Proposed | | Accept | |
| MDL_41277 | 2020 | Lexus | LX | LX570 | | SUV | Evox Proposed | | Accept | |
| MDL_40261 | 2020 | Lexus | NX | NX 300 | | CUV | Evox Proposed | V1 | Accept | |
| MDL_40231 | 2020 | Lexus | RX | RX 350 | | SUV | Evox Proposed | V1 | Accept | |
| MDL_40235 | 2020 | Lexus | RX | RX-450h | | CUV | Evox Proposed | V2 | Accept | |
| MDL_41349 | 2020 | Lexus | GX | GX460 Premium | | SUV | Evox Proposed | | Accept | |
| MDL_41437 | 2020 | Lexus | UX Hybrid | 250h F Sport | | CUV | Evox Proposed | | Accept | |
| MDL_40110 | 2020 | Lincoln | Aviator | Reserve | | SUV | Evox Proposed | | Accept | |
| MDL_41438 | 2020 | Lincoln | Navigator | Reverse | | SUV | Evox Proposed | | Accept | |
| MDL_41272 | 2020 | Mazda | MAZDA3 | w/Preferred Package | x | Hatchback | Evox Proposed | V1 | Accept | |
| MDL_41439 | 2020 | Mazda | MAZDA3 | w/ Preferred Package | | Sedan | Evox Proposed | V2 | Accept | |
| MDL_41097 | 2020 | Mercedes Benz | E-Class | E450 4MATIC | x | Sedan | Evox Proposed | | Accept | |
| MDL_41281 | 2020 | Mercedes Benz | GLA-Class | GLA 250 | | SUV | Evox Proposed | | Accept | 1/31/20 |
| MDL_40896 | 2020 | Mercedes Benz | GLC-Class | GLC 300 4MATIC | | SUV | Evox Proposed | | Accept | |
| MDL_39794 | 2020 | Mercedes Benz | GLE-Class | GLE 350 4MATIC | x | SUV | Evox Proposed | | Accept | 1/31/20 |
| MDL_41282 | 2020 | Mercedes Benz | S-Class | S450 | | Sedan | Evox Proposed | | Accept | |
| MDL_41445 | 2020 | Mercedes Benz | C-Class | AMG C 43 | | Sedan | Evox Proposed | | Accept | |
| MDL_41444 | 2020 | Mercedes Benz | C-Class | C300 4MATIC | | Coupe | Evox Proposed | V2 | Accept | |
| MDL_39859 | 2020 | Mercedes Benz | GLS | GLS 450 4matic | | SUV | Evox Proposed | | Accept | |
| MDL_40954 | 2020 | Mitsubishi | Eclipse Cross | LE | | CUV | Evox Proposed | | Accept | |
| MDL_41225 | 2020 | Mitsubishi | Outlander | SEL 2.4 | x | CUV | Evox Proposed | V1 | Accept | |
| MDL_40914 | 2020 | Nissan | Altima | 2.5 Platinum | x | Sedan | Evox Proposed | | Accept | Potential Trim Maps: Shares components with the SR, SR Turbo and Platinum Turbo. Suggestions: Most of the trim differences are on the interior. The exterior are only minor changes with the exception of wheels. I would not build another trim. 0 Additional, |
| MDL_41284 | 2020 | Nissan | Armada | Platinum | | SUV | Evox Proposed | | Accept | |
| MDL_41285 | 2020 | Nissan | Maxima | Platinum | x | Sedan | Evox Proposed | | Accept | |
| MDL_41287 | 2020 | Nissan | Murano | SL | x | CUV | Evox Proposed | | Accept | |
| MDL_41288 | 2020 | Nissan | Pathfinder | Platinum | | SUV | Evox Proposed | | Accept | |


Legal Dept
AJN
Google

| MDL | Year | Make | Model | Trim | | Body | | Ver | | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Potential Trim Maps: Shares components with the SL and S. Suggestions: Most of the trim differences are on the interior. The exterior are only minor changes with the exception of wheels. I would not build another trim. 0 Additional. |
| MDL_41098 | 2020 | Nissan | Rogue | SV | | CUV | Evox Proposed | | Accept | | |
| MDL_39855 | 2020 | Nissan | Versa | S | | Sedan | Evox Proposed | | Accept | | |
| MDL_41010 | 2020 | RAM | 1500 | Laramie | x | kup Crew Cab Standa | Evox Proposed | V1 | Accept | | |
| MDL_41289 | 2020 | RAM | 1500 | Big Horn / Lone Star | | Pickup Double Cab Stand | Evox Proposed | V2 | Accept | | |
| MDL_38141 | 2020 | Subaru | Ascent | Limited 8- Passenger | x | SUV | Evox Proposed | | Accept | 1/31/20 | |
| MDL_41073 | 2020 | Subaru | BRZ | Limited | | Coupe | Evox Proposed | | Accept | | |
| MOL_40979 | 2020 | Subaru | Forester | 2.5i Limited | x | CUV | Evox Proposed | | Accept | | |
| MDL_41081 | 2020 | Subaru | Impreza | 2.0i | | Hatchback | Evox Proposed | V1 | Accept | | |
| MDL_41392 | 2020 | Subaru | Crosstrek | 2.0i Limited | | CUV | Evox Proposed | | Accept | | |
| MDL_41084 | 2020 | Subaru | Impreza | 2.0i Sport | | Sedan | Evox Proposed | V2 | Accept | 1/31/20 | |
| MDL_39817 | 2020 | Subaru | Legacy | 2.5i Premium | | Sedan | Evox Proposed | | Accept | | |
| MDL_40223 | 2020 | Subaru | Outback | 2.5i Limited | | Wagon | Evox Proposed | | Accept | | |
| | | | | | | | | | | | Potential Trim Maps: The Standard range. Suggestion: Do not build an additional trims. The performace model only changes the wheel color (same wheels) and adds a spoiler to the configuration we will provide. 0 Additional |
| MDL_39807 | 2019 | Tesla | Tesla Model 3 | Long Range | x | Sedan | Evox Proposed | | Accept | | |
| MDL_40394 | 2019 | Tesla | Tesla Model S | P100D | | Sedan | Evox Proposed | | Accept | | |
| | | | | | | | | | | | Potential Trim Maps: 0. Share several components but there a several differences. Suggestion: Build the SR5 model which will give you the most variance. 1 Additional |
| MDL_41290 | 2020 | Toyota | 4Runner | Limited | | SUV | Evox Proposed | | Accept | | |
| MDL_41099 | 2020 | Toyota | Avalon | Touring | x | Sedan | Evox Proposed | V1 | Accept | | |
| MDL_41115 | 2020 | Toyota | Avalon Hybrid | XSE | x | Sedan | Evox Proposed | V2 | Accept | | |



| Model ID | Year | Make | Model | Trim | | Body | Status | Version | Decision | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL_41291 | 2020 | Toyota | Camry | LE | | Sedan | Evox Proposed | | Accept | | Potential Trim Maps: Similar to the L with the exception of a few changes like the wheels. Suggestion: Build the XSE to give you the most variance and additional coverage. 1 Additional. |
| MDL_39861 | 2020 | Toyota | Corolla | XSE | x | Sedan | Evox Proposed | V1 | Accept | 1/31/20 | Potential Trim Maps: SE and SE MT. Suggestion: Build the S to give you the most variance and additional coverage. 1 Additional. |
| MDL_38116 | 2020 | Toyota | Corolla Hybrid | LE | | Sedan | Evox Proposed | V2 | Accept | | |
| MDL_41188 | 2020 | Toyota | Prius | Limited | | Hatchback | Evox Proposed | | Accept | | |
| MDL_40928 | 2020 | Toyota | Prius Prime | XLE | | Hatchback | Evox Proposed | | Accept | | |
| MDL_41295 | 2020 | Toyota | RAV4 | Limited | x | CUV | Evox Proposed | V1 | Accept | 1/15/20 | Potential Trim Maps: XLE Premium (Minor Exterior Differences. Suggestion: Build either or both the LE and TRD-Off road trims. They give you the most changes. All the other trims are minor changes that can be mapped to any of the three. You will need at least two get some variance: TRD and the LE as a possible add-on. 2 Additional trims. |
| MDL_39903 | 2020 | Toyota | Sienna | LE | | Mini-Van | Evox Proposed | | Accept | 1/31/20 | |
| MDL_41187 | 2020 | Toyota | Tacoma | TRD Sport | | Pickup Crew Cab Standard | Evox Proposed | V1 | Accept | | Potential Trim Maps: 0. The TRD Sport is the most unique trim in the lineup because of its hood scoop and wheels. It shares several components with other trims, but the changes are major. Suggestion: Build TRD Pro for coverage and variance. 1 Additional |



| MDL_41146 | 2020 | Toyota | Tundra | SR5 | | Pickup Crew Cab Standa | Evox Proposed | V1 | Accept | | 1/31/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL_41176 | 2020 | Toyota | Tundra | SR5 | | Pickup Double Cab Stand | Evox Proposed | V2 | Accept | | |
| MDL_41294 | 2020 | Toyota | Yaris | LE | | Sedan | Evox Proposed | | Accept | | |
| MDL_41467 | 2020 | Toyota | Corolla Hatchback | XSE | | Hatchback | Evox Proposed | V3 | Accept | | |
| MDL_41153 | 2020 | Toyota | GR Supra | Launch Edition | | Coupe | Evox Proposed | | Accept | | |
| MDL_41468 | 2020 | Toyota | Land Cruiser | Base | | SUV | Evox Proposed | | Accept | | |
| MDL_41370 | 2020 | Toyota | RAV4 Hybrid | XLE | | CUV | Evox Proposed | V2 | Accept | | |
| MDL_39407 | 2020 | Toyota | Sequoia | TRD Sport | | SUV | Evox Proposed | | Accept | | |
| MDL_41216 | 2020 | Toyota | Tacoma | SR5 | | Pickup Double Cab Stand | Evox Proposed | V2 | Accept | | 1/31/20 |
| (new) | | Tesla | Tesla Model X | | | | G Proposed | | Add | Added | |
| (new) | | Toyota | Toyota Highlander | LE | | | G Proposed | | Add | Added | Potential Trim Maps: L trim is very similars. Suggestion: Build the Platinum trim for coverage and variance. 1 Additional. |
| (new) | | Nissan | Nissan GT-R | | | | G Proposed | | Add | Added | |
| (new) | | Kia | Kia Stinger | | | | G Proposed | | Add | Added | |
| (new) | | Lamborghini | Lamborghini Urus | | | | G Proposed | | Add | Added | |
| (new) | | Ford | Ford F-150 Raptor | | | | G Proposed | | Add | Added | |
| (new) | | Honda | Honda CR-V | LX | | | G Proposed | | Add | Added | Potential Trim Maps: Shares several components with LE and XLE. Suggestion: Build the Touring model which will give you the most variance. 1 Additional |
| (new) | | BMW | BMW i8 | | | | G Proposed | | Add | Added | |
| (new) | | Ford | Ford Ranger | XL | | | G Proposed | | Add | Added | Potential Trim Maps: 0. Base Trim. Suggestion: Build the Lariat model which will give you the most variance. 1 Additional |
| (new) | | Mercedes-Benz | Mercedes-Benz G-Class | | | | G Proposed | | Add | Added | |
| (new) | | Dodge | Dodge Charger | GT | | | G Proposed | V1 | Add | Added | Vehicle has not been captured yet. Hellcat and SXT will be build. Suggestion: Build Scat Pack R/T. 1 Additional. |
| (new) | | Toyota | Toyota 86 | | | | G Proposed | | Add | Added | |
| (new) | | Honda | Honda Civic Type R | | | | G Proposed | | Add | Added | |
| (new) | | Ford | Ford Expedition | | | | G Proposed | | Add | Added | |
| (new) | | Dodge | Dodge Challenger | | | | G Proposed | V1 | Add | Added | |
| (new) | | Volkswagen | Volkswagen Atlas | | | | G Proposed | | Add | Added | |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Potential Trim Maps: Similar to Grand Touring Reserve and Signature. Suggestion: Build Sport trim for coverage and variance. 1 Additional |
| (new) | Mazda | Mazda CX-5 | Grand Touring | G Proposed | | Add | Added | |
| (new) | Dodge | Dodge Challenger SRT Hellcat | | G Proposed | V2 | Add | Added | |
| (new) | Land Rover | Land Rover Defender | | G Proposed | | Add | Added | |
| (new) | Acura | Acura NSX | | G Proposed | | Add | Added | |
| (new) | Mazda | Mazda MX-5 Miata | | G Proposed | | Add | Added | |
| (new) | Audi | Audi Q7 | | G Proposed | | Add | Added | |
| (new) | Audi | Audi Q5 | | G Proposed | | Add | Added | |
| (new) | Audi | Audi Q8 | | G Proposed | | Add | Added | |
| (new) | Lamborghini | Lamborghini Huracan EVO | | G Proposed | | Add | Added | |
| (new) | Honda | Honda Ridgeline | | G Proposed | | Add | Added | |
| (new) | Ford | Ford F-250 | | G Proposed | | Add | Added | |
| (new) | Volkswagen | Volkswagen Tiguan | | G Proposed | | Add | Added | |
| (new) | Toyota | Toyota C-HR | | G Proposed | | Add | Added | |
| (new) | Lamborghini | Lamborghini Aventador S | | G Proposed | | Add | Added | |
| (new) | Jeep | Jeep Grand Cherokee SRT | | G Proposed | V2 | Add | Added | |
| (new) | Honda | Honda Passport | | G Proposed | | Add | Added | |
| (new) | Hyundai | Hyundai Sonata | | G Proposed | | Add | Added | |
| (new) | Jeep | Jeep Grand Cherokee Trackhawk | | G Proposed | V3 | Add | Added | |
| (new) | Dodge | Dodge Charger SRT Hellcat | | G Proposed | V2 | Add | Added | |
| (new) | BMW | BMW X6 | | G Proposed | | Add | Added | |
| (new) | INFINITI | INFINITI QX80 | | G Proposed | | Add | Added | |
| (new) | McLaren | McLaren 720S | | G Proposed | | Add | Added | |
| (new) | Honda | Honda Fit | | G Proposed | | Add | Added | |
| (new) | Audi | Audi A4 | | G Proposed | | Add | Added | |
| (new) | Ford | Ford Shelby GT500 | | G Proposed | | Add | Added | |
| (new) | Chrysler | Chrysler 300 | | G Proposed | | Add | Added | |
| | | | | | | | | Potential Trim Maps: The EX is similiar on the exterior. The Touring only has different wheels on the exterior. Suggestion: Build a Sport as an additional trim which will give you the biggest variance. 1 Additional trim, |
| (new) | Honda | Honda Civic XLE | | G Proposed | | Add | Added | |
| (new) | Audi | Audi e-tron | | G Proposed | | Add | Added | |
| (new) | Ford | Ford F-350 | | G Proposed | | Add | Added | |
| (new) | Chevrolet | Chevrolet Camaro ZL1 | | G Proposed | | Add | Added | |



| | | | | | | |
|---|---|---|---|---|---|---|
| (new) | Volkswagen | Volkswagen Jetta | | G Proposed | Add | Added |
| (new) | Rolls-Royce | Rolls-Royce Cullinan | | G Proposed | Add | Added |
| (new) | Audi | Audi A7 | | G Proposed | Add | Added |
| (new) | Volkswagen | Volkswagen Golf GTI | | G Proposed | Add | Added |
| (new) | INFINITI | INFINITI Q60 | | G Proposed | Add | Added |
| (new) | BMW | BMW i3 | | G Proposed | Add | Added |
| (new) | Maserati | Maserati Levante | | G Proposed | Add | Added |
| (new) | Mazda | Mazda CX-9 | | G Proposed | Add | Added |
| (new) | Kia | Kia Niro | | G Proposed | Add | Added |
| (new) | BMW | BMW X1 | | G Proposed | Add | Added |
| (new) | Chevrolet | Chevrolet Bolt EV | | G Proposed | Add | Added |
| (new) | Audi | Audi A6 | | G Proposed | Add | Added |
| (new) | Audi | Audi A8 | | G Proposed | Add | Added |
| (new) | Audi | Audi A3 | | G Proposed | Add | Added |
| | Kia | Kia Telluride | LX | | Add | |
| | Kia | Kia Telluride | SX | | Add | |
| | Jeep | Jeep Gladiator | Overland | | Add | |
| | Jeep | Jeep Gladiator | Sport | | Add | |
| | Ford | Ford Mustang | Bullitt | | Add | |
| | Ford | Ford Mustang | Coupe Ecoboost Premium | | Add | |
| | Jeep | Jeep Grand Cherokee | Trackhawk | | Add | |
| | Toyota | Toyota RAV4 | Adventure | | Add | |
| | Toyota | Toyota RAV4 | LE | | Add | |
| | Toyota | Toyota RAV4 | TRD-Off road | | Add | |
| | Ford | Ford Explorer | XLT | | Add | |
| | Jeep | Jeep Wrangler | Sahara | | Add | |
| | Toyota | Toyota Tacoma | TRD Pro | | Add | |
| | Toyota | Toyota Highlander | Platinum | | Add | |
| | Chevrolet | Chevrolet Tahoe | LS | | Add | |
| | Toyota | Toyota Camry | TRD | | Add | |
| | Honda | Honda Accord | Touring | | Add | |
| | Chevrolet | Chevrolet Traverse | LS | | Add | |
| | Honda | Honda CR-V | Touring | | Add | |
| | Subaru | Subaru WRX | STI | | Add | |
| | Ford | Ford Ranger | Lariat | | Add | |
| | Ford | Ford Escape | S | | Add | |
| | Honda | Honda Pilot | LX | | Add | |
| | Toyota | Toyota 4Runner | SR5 | | Add | |
| | Toyota | Toyota 4Runner | TRD Pro | | Add | |
| | Dodge | Dodge Challenger | Scat Pack | | Add | |


Legal Dept. AJN Google

**Signature:**
David Falstrup (Jan 14, 2020)

**Email:** dfalstrup@evox.com

**Title:** CEO

**Company:** Evox Productions, LLC