DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

MICHAEL J. SACHS, SBN 134468
Email: MJS@callahan-law.com
JASON CASERO, SBN 263933
Email: jcasero@callahan-law.com
CALLAHAN & BLAINE, PC
19900 MacArthur Blvd., Suite 1200
Irvine, California 92612
Telephone: (714) 241-4444

*Counsel for Plaintiff*
EVOX PRODUCTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| EVOX PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:26-cv-07013-TLT<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiff and Defendant agree that Defendant's deadline to respond to Plaintiff's Complaint shall be extended to October 8, 2026.

Respectfully submitted,

Dated: September 8, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ David H. Kramer*
David H. Kramer
E-mail: dkramer@wsgr.com

*Counsel for Defendant*
GOOGLE LLC

Dated: September 8, 2026

CALLAHAN & BLAINE, PC

By: */s/ Jason Casero*
Jason Casero
E-mail: jcasero@callahan-law.com

*Counsel for Plaintiff*
EVOX PRODUCTIONS LLC

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: */s/ David H. Kramer*
David H. Kramer