DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

MICHAEL J. SACHS, SBN 134468
Email: MJS@callahan-law.com
JASON CASERO, SBN 263933
Email: jcasero@callahan-law.com
CALLAHAN & BLAINE, PC
19900 MacArthur Blvd., Suite 1200
Irvine, California 92612
Telephone: (714) 241-4444

*Counsel for Plaintiff*
EVOX PRODUCTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| EVOX PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:26-cv-07013-EKL<br><br>**STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND DEFENDANT'S RESPONSE DEADLINE** |

Plaintiff EVOX Productions, LLC ("EVOX") and Defendant Google LLC ("Google"), by and through their respective counsel, hereby stipulate as follows:

1. EVOX filed its Complaint on July 9, 2026. ECF No. 1. Pursuant to the parties' prior stipulations, Google's current deadline to answer or otherwise respond to the Complaint is October 15, 2026.

2. The parties met and conferred regarding Google's anticipated motion to dismiss certain claims in the Complaint. Following those discussions, EVOX advised Google that it intends to amend its Complaint by October 23, 2026.

3. Accordingly, the parties stipulate as follows:

   a. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Google consents to EVOX filing a First Amended Complaint on or before October 23, 2026.

   b. Pursuant to Civil Local Rule 6-1(a), Google shall respond to the operative Complaint on or before November 25, 2026.

   c. Nothing in this Stipulation constitutes a waiver of any claim, defense, or argument available to either party, including Google's right to challenge the sufficiency of any amended complaint.

4. The requested extension is made in good faith and will allow the parties to proceed efficiently following EVOX's anticipated amendment. The requested modification will not affect any other existing case deadlines or scheduled proceedings.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 14, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ David H. Kramer*
David H. Kramer
E-mail: dkramer@wsgr.com

*Counsel for Defendant*
GOOGLE LLC

Dated: October 14, 2026

CALLAHAN & BLAINE, PC

By: */s/ Jason Casero*
Jason Casero
E-mail: jcasero@callahan-law.com

*Counsel for Plaintiff*
EVOX PRODUCTIONS LLC

## ATTORNEY ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: */s/ David H. Kramer*
David H. Kramer